## RETURN OF SERVICE AFFIDAVIT

EVANS ENVIRONMENTAL & GEOSCIENCES, INC. EE&G CORPORATE HEADQUARTERS

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>THE SOUTHERN DISTRICT OF NEW YORK | CASE: 21 MC 100 (AKH) (ECF)<br>CIVIL DIVISION |

| | |
|---|---|
| NICHOLAS WOWK AND ELIDIA WOWK<br><br>vs.<br><br>THE CITY OF NEW YORI, AND<br>AMEC CONSTRUCTION MANAGEMENT, INC.ETAL | CHECK-OFF COMPLAINT RELATED TO MASTER COMPLAINT<br>DEMAND A TRIAL BY JURY |

Pursuant to the request of Richard E. Lopez, 1008 North Lakeside Drive, Lake Worth, FL. WF GREENBERG & COMPANY, LLC., received this process on June 15, 2007 at 12:00 P.M.

I, FRANK TRUJILLO served same on **EVANS ENVIRONMENTAL & GEOSCIENCES, INC. EE&G CORPORATE HEADQUARTERS**, at 14505 COMMERCE WAY SYITE 400, MIAMI LAKES, FL 33016 on **JUNE 21, 2007** at **11:00 A.M.**

### CORPORATE SERVICE

By serving a copy of the above document(s) to **EDWIN WALRAD** as **CORP. FINACIAL OFFICER** or any employee of defendant corporation or registered agent in the absence of any superior officer as defined in Florida Statute, Section 48.081 when defendant's corporation fails to comply with F.S. 48.091.

**I ACKNOWLEDGE** that I am authorized to serve process, in good standing in the jurisdiction wherein this process was served and I have no interest in the above action.

| | |
|---|---|
| The foregoing instrument was acknowledged before me this day by the process server who is personally known to me.<br>June 22nd, 2007 | WF GREENBERG & COMPANY, LLC.<br>7040 SEMINOLE PRATT RD SUITE 25-169<br>LOXAHATCHEE, FL 33470<br>OFFICE (561) 422-3190 |

_____          _____
NOTARY                                      FRANK TRUJILLO CPS# 1284

INDEX    4507
FILE NO 0712463/ AJC07-224

NOTARY PUBLIC
STATE OF FLORIDA
JACQUELYN P. FARAH
MY COMMISSION # DD 383851
EXPIRES: March 4, 2009
Bonded Thru Budget Notary Services



Edward Walrad, is a W/M, late 30's, 6' ft., 190 lbs., and he has black hair.